UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────

MASON LYLES ,

        Plaintiff,                       **NOTICE OF SETTLEMENT**

      v.                                      Civil Action No. 20-CV-6476

SEQUIUM ASSET SOLUTIONS, LLC.,

        Defendant,
───────────────────────────────────────────

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Discontinuance of this action with prejudice pursuant to Fed. R. Civ.P.41(a) by August 27, 2021.


DATED: 6/28/2021

                                    /s/ Seth J. Andrews
                                    Seth J. Andrews, Esq.
                                    Law Offices of Kenneth Hiller, PLLC
                                    Attorneys for Plaintiff
                                    6000 N. Bailey Avenue – Suite 1A
                                    Amherst, New York 14226
                                    (716) 564-3288
                                    sandrews@kennethhiller.com