UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MASON LYLES,

    Plaintiff,

v.

SEQUIUM ASSET SOLUTIONS, LLC.,

    Defendant,

Civil Action No. 20-CV-06476

## STIPULATION OF DISCONTINUANCE

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41(a) of the Local Rules of the Western District of New York, **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

Dated: 9/28/2021

*/s/ Seth J. Andrews*
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorney for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

Dated: 9/28/2021

/s/ Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman
*Attorney for Defendant*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Phone: (716) 853-5100

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Dated: September 28, 2021**